# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:23−cr−00384
Honorable Virginia M. Kendall

Christopher Singleton, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2024:

MINUTE entry before the Honorable Virginia M. Kendall as to Jaron Davis. On the Court's own Motion, Status hearing set for 6/26/2024 is reset for 7/8/2024 at 9:30 AM. Pursuant to Title 18, Section 3161(h)(7)(B)(iv) time is hereby excluded to 7/8/2024 for the filing and review of Pretrial Motions. Unless requested, detained defendants will NOT be transported to the Courthouse for routine status hearings. Defense Counsel shall notify the Court if a particular defendant should appear for a routine status hearing by emailing Judge Kendall's Courtroom Deputy at Lynn_Kandziora@ilnd.uscourts.gov THREE days prior to the hearing so that the US Marshal Service has the appropriate notice to transport detainees on that day. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.