# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Christopher Singleton, et al.

Defendant.

Case No.: 1:23−cr−00384
Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2024:

MINUTE entry before the Honorable Virginia M. Kendall as to Jaron Davis. Minute Entry [77] is corrected as follows: By agreement of the parties, and pursuant to Title 18, Section 3161(h)(7)(B)(iv) time is hereby excluded to 9/10/2024 for the filing and review of Pretrial Motions. Briefing schedule regarding Pretrial Motions is stricken. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.